LAWRENCE JAMES ROSENBERG, ETC. v.
MICHAEL J. CAHILL, M.D.

February 28, 1984.

Motion for leave to appeal granted.

IN THE MATTER OF ALLEGATIONS OF VIOLATIONS OF LAW
AND THE NEW JERSEY ADMINISTRATIVE CODE BY INTER
COUNTY REFUSE SERVICE, INC.

October 4, 1984.

Motion of the State of New Jersey for leave to appeal is granted; and it is further

ORDERED that the Appellate Division order of July 20, 1984 is modified to vacate the stay of the Board of Public Utilities' revocation proceedings and to defer the application of H & M Disposal Service Co., Inc., until resolution of the revocation proceedings.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. CLIFFORD & ALLISON WILLIAMS.

November 7, 1984.

Motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for its consideration on the merits. Movants' application for a stay is denied.